# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON ALEXANDER, *et al.*, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | CASE NO. _____ |
| § | |
| THE WOODLANDS LAND § | |
| DEVELOPMENT COMPANY L.P., THE § | |
| HOWARD HUGHES CORPORATION, § | |
| LJA ENGINEERING, INC. F/K/A LJA § | |
| ENGINEERING & SURVEYING, INC., § | |
| JAMES R. BOWLES § | |
|    *Defendants*. § | |

## NOTICE OF CONSENT TO REMOVAL

Defendant The Howard Hughes Corporation files this Notice of Consent to Removal of the action styled *Jason Alexander, et al. v. The Woodlands Land Development Company L.P., et al.*, Cause No. 2018-36108, in the 215th Judicial District Court of Harris County, Texas.

The Howard Hughes Corporation consents to removal.

Respectfully submitted,

**JACKSON WALKER LLP**

By: */s/ Charles L. Babcock*
    Charles L. Babcock
    Attorney-in-Charge
    Texas Bar No. 01479500
    S.D. Tex. Bar No. 10982
    Email: cbabcock@jw.com
    Joseph A. Fischer, III
    Texas Bar No. 00789292
    S.D. Tex. No. 18922
    Email: tfischer@jw.com
    1401 McKinney, Suite 1900
    Houston, TX 77010
    Telephone: (713) 752-4200
    Facsimile: (713) 752-4221

**ATTORNEYS FOR DEFENDANT THE
HOWARD HUGHES CORPORATION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON ALEXANDER, *et al.*,<br>    *Plaintiff*,<br><br>v.<br><br>THE WOODLANDS LAND<br>DEVELOPMENT COMPANY L.P., THE<br>HOWARD HUGHES CORPORATION,<br>LJA ENGINEERING, INC. F/K/A LJA<br>ENGINEERING & SURVEYING, INC.,<br>JAMES R. BOWLES<br>    *Defendants*. | §<br>§<br>§<br>§   CASE NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **NOTICE OF CONSENT TO REMOVAL**

Defendants LJA Engineering Inc. f/k/a LJA Engineering & Surveying, Inc. ("LJA") and James R. Bowles file this Notice of Consent to Removal of the action styled *Jason Alexander, et al. v. The Woodlands Land Development Company L.P., et al.*, Cause No. 2018-36108, in the 215th Judicial District Court of Harris County, Texas.

LJA and Mr. Bowles consent to removal.

                                                             Respectfully submitted,

                                                             **TAYLOR TAYLOR & RUSSELL**

                                                             By: *Todd C. Collins*_____
                                                                  Todd C. Collins
                                                                  Texas Bar No. 00789812
                                                                  2777 Allen Parkway, Suite 1000
                                                                  Houston, TX 77019
                                                                 tcollins@taylaw.com
                                                                  Telephone: (713) 615-6060
                                                                  Facsimile: (713) 615-6070

                                                            **ATTORNEYS FOR DEFENDANTS LJA**
                                                            **ENGINEERING INC. F/K/A LJA**
                                                            **ENGINEERING & SURVEYING, INC.**
                                                           **AND JAMES R. BOWLES**